U.S. DISTRICT COURT
DISTRICT OF ...
FILED

2005 JUL 13 P 3: 50

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Keith Russell Judd

      v.                                   Civil No. 05-fp-173

USA

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-173-_JD_ .

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  July 13, 2005

cc:  Keith Russell Judd, *pro se*