U.S. DISTRICT COURT
DISTRICT OF [N.H.]
FILED

2005 JUL 13 P 3: 50

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Keith Russell Judd

    v.                          Civil No. 05-fp-173

USA

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-173-_JD_.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: July 13, 2005

cc:   Keith Russell Judd, *pro se*