

2005 JUL 13 A 11: 25

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Keith Russell Judd

    v.                           Civil No. 05-cv-173-JD

USA

## REPORT AND RECOMMENDATION

Petitioner seeks habeas relief from the dismissal of his 28 U.S.C. § 2255 proceeding in the United States District Court for the Western District of Texas. This court has no jurisdiction to grant such relief and I recommend that the petition be dismissed.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                          James R. Muirhead
                                          United States Magistrate Judge

Date: July 13, 2005

cc:    Keith Russell Judd, pro se