UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Keith Russell Judd

        v.        Civil No. 05-cv-173-JD

USA

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 13, 2005.

SO ORDERED.

July 26, 2005

        Joseph A. DiClerico, Jr.
        United States District Judge

cc:    Keith Russell Judd, pro se